Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00900-CV

**IN RE** Margie **RITTENHOUSE** and Bernie Rittenhouse

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice

Delivered and Filed:   January 7, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 08-07-26509-CV, styled *Margie Rittenhouse and Bernie Rittenhouse v. Ronnie Vance and Alora Loveland*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Watt Murrah presiding.